UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| M. DAVID WERTHEIMER,<br><br>        Plaintiff,<br><br>   v.<br><br>RANDY GROUNDS, et al.,<br><br>        Defendants.<br>_____/ | No. C 14-00502 LB<br><br>**ORDER (1) DIRECTING THE CLERK TO ISSUE SUMMONS AND THE U.S. MARSHAL TO SERVE DEFENDANTS AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE** |

   On December 2, 2013, Plaintiff M. David Wertheimer, who is proceeding *pro se*, filed suit in the Central District of California, alleging that prison officers and officials violated his constitutional rights while he was incarcerated. *See* Complaint, ECF No. 3.[1]  United States Magistrate Judge Charles F. Eick granted his application to proceed in forma pauperis. ECF No. 2. The action was transferred to this court on January 24, 2014. *See* Order, ECF No. 7. Although Plaintiff has attempted to serve Defendants, *see* ECF 20, service has not yet been accomplished.

   Because Plaintiff was granted IFP status and his complaint complies with 28 U.S.C § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the

---

   [1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 14-00502 LB
ORDER

1  defendants.  It is further ORDERED that the case management conference set for July 24, 2014,
2  shall be rescheduled for October 9, 2014, at 11 a.m.
3  **IT IS SO ORDERED.**
4  Dated: July 17, 2014

_____
LAUREL BEELER
United States Magistrate Judge